AO 91 Criminal Complaint - Revised 4/20

# UNITED STATES DISTRICT COURT
### for the
District of Connecticut

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Travis Tilley | ) | Case No.  3:24-MJ-410    (RMS) |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of     March 7, 2023, to March 9, 2023,     in the county of     New Haven     in the
     District of     Connecticut     , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2), (b)(1) | Receipt of child pornography |
| 18 U.S.C. § 2252A(a)(5)(B), (b)(2) | Possession of child pornography |

This criminal complaint is based on these facts:

See the attached affidavit, which is incorporated herein, of Department of Homeland Security (DHS), Homeland Security Investigations (HSI) Special Agent Brendan P. Lundt.

☑ Continued on the attached sheet.

BRENDAN P LUNDT
Digitally signed by BRENDAN P LUNDT
Date: 2024.05.03 07:58:17 -04'00'

_Complainant's signature_

Brendan P. Lundt, Special Agent, DHS/HSI

_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date:     05/03/2024

Robert M. Spector
Digitally signed by Robert M. Spector
Date: 2024.05.03 11:37:43 -04'00'

_Judge's signature_

City and state:     New Haven, Connecticut

Honorable Robert M. Spector, U.S.M.J.

_Printed name and title_